IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 1:17MC33 |
| v. ) | |
| ) | |
| MOUSSA M. KONATE, ) | |
| ) | |
| Respondent. ) | |

ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

This matter came before the Court for a Show Cause Hearing on October 19, 2017, on the Petition of the United States of America, on behalf of the Internal Revenue Service (the "IRS"), under the authority of 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an IRS Summons issued to Respondent Moussa M. Konate ("Respondent") on May 11, 2016 (the "Summons"). Assistant United States Attorney Nathan Strup and Revenue Officer Jennifer K. Velez appeared at the hearing on behalf of the Petitioner, United States of America. Respondent Moussa Konate failed to appear.

In this case, the Petition was filed on July 7, 2017, accompanied by the Declaration of Jennifer K. Velez, who is a duly-commissioned Revenue Officer of the IRS, employed in the Small Business/Self-Employed Division, South Atlantic Compliance Area. In response to the Petition, the Court entered an Order to Show Cause on July 12, 2017, ordering Respondent to appear for the Show Cause Hearing, and further requiring Respondent to present any defenses or opposition to the Petition in writing at least 21 days prior to the Show Cause Hearing.

Revenue Officer Velez filed a further Declaration on July 26, 2017, attesting that she served Respondent Konate with copies of the Petition, the exhibits, and the Order to Show Cause by leaving the documents at Respondent's usual place of abode, with Christina Konate, who is of suitable age and discretion and who resides there.

The Show Cause Hearing was originally set for August 24, 2017, and Respondent did not file a written response to the Petition, nor did Respondent appear at the August 24, 2017 Show Cause Hearing. At the August 24, 2017 hearing, AUSA Strup informed the Court that he had heard from Respondent prior to the hearing by email and voice mail, and that Respondent confirmed that he had received the documents but stated that he was out of the Country for approximately four weeks to attend to a family medical situation, and that he fully intended to comply with the Summons upon his return. In addition, AUSA Strup noted that shortly before the hearing, he was also contacted by an individual who identified himself as David Newman, an attorney located in Charlotte, North Carolina, who apparently represents Respondent in some administrative matters before the IRS. Mr. Newman similarly indicated that Respondent was out of the country but that he would turn over the requested records when he returned, and on that basis he asked Petitioner to cancel the hearing set for August 24, 2017.

Based on these representations, and with the agreement of the United States, the Court continued the Show Cause Hearing until October 19, 2017, and entered a September 5, 2017 Order [Doc. #4] continuing the hearing and directing the IRS to serve a copy of the Order on Respondent. That Order provided that if Respondent had any defense to present in

opposition to the Petition, he was required to present any such defense or opposition in writing, filed with the Clerk and copies served on counsel for the United States, at least fourteen (14) days prior to the date of the continued hearing. The IRS served Respondent with copies of the Order on September 5, 2017.

Respondent did not file or serve a written response to the Petition, nor did Respondent appear at the October 19, 2017 continued Show Cause Hearing. At the October 19, 2017 hearing, AUSA Strup informed the Court that shortly before the hearing, Attorney Newman left a voice message for Revenue Officer Velez, who returned the call prior to the hearing but did not reach Mr. Newman. AUSA Strup further stated that neither he nor Revenue Officer Velez had received any other contact from Respondent or anyone acting on Respondent's behalf. AUSA Strup further informed the Court that Respondent had not complied with the Summons. On that basis, AUSA Strup requested entry of a Recommendation that the Petition be granted and that Respondent be compelled to fully comply with the Summons.

In support of its request to judicially enforce the Summons, the United States tendered the July 5, 2017 Declaration of Jennifer Velez, and proffered her to the Court for any further inquiry. Based on the information presented, the Court found that:

(1) An investigation is being conducted by the IRS for a legitimate purpose, specifically for the purpose of collecting the federal income tax debts owed by Respondent for taxable year 2013, as set forth in the Declaration of Revenue Officer Jennifer K. Velez attached to the Petition;

(2) The inquiries made are relevant to that purpose;

(3) The information sought is not already within the possession of the IRS; and,

(4) The administrative steps required by the Internal Revenue Code have been followed.  See United States v. Powell, 379 U.S. 48, 57-58 (1964); Alphin v. United States, 809 F.2d 236, 238 (4th Cir. 1987).

At the hearing, Petitioner confirmed that there is no Department of Justice referral in effect with respect to the Respondent under investigation, as that term is defined in Title 26 U.S.C. § 7602(d).

Based on these determinations, this Court recommends that the Petition by the United States of America be granted and that Respondent Konate be ordered to appear and produce for examination the books, papers, records, or other data provided in the Summons.

IT IS THEREFORE RECOMMENDED that the Petition [Doc. #1] be GRANTED and that an Order (the "Enforcement Order") be entered compelling Respondent Moussa M. Konate to obey the Internal Revenue Service Summons served on him on July 25, 2017, by appearing on January 10, 2018, at 10:00 a.m., at the IRS's office located at 10715 David Taylor Drive, Five Resource Square MB22, Charlotte, North Carolina  28262, before Revenue Officer Velez, or any other person designated by the IRS, to give testimony and to produce for examination all documents and records as described in the Summons.

Within 14 days of being served with this Recommendation, Respondent and/or Petitioner may file written objections with the Court and serve a copy of those objections on all parties. Such a document should be filed as "Objections to Recommendation of United States Magistrate Judge."  Any response to the Objections must be filed and served on all

parties within 14 days after service of the Objections. Failure to file Objections within the specified time may waive the right of appeal of the Court's Enforcement Order.

IT IS FURTHER ORDERED that the United States Marshal for this District will serve a copy of this Recommendation personally upon Respondent Moussa M. Konate.

This, the 25th day of October, 2017.

/s/ Joi Elizabeth Peake
United States Magistrate Judge
