IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,       )
                                )
            Petitioner,          )
                                )
    v.                           )        1:17MC33
                                )
MOUSSA M. KONATE,               )
                                )
            Respondent.          )

**ORDER**

On October 25, 2017, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 7, 8.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Government's Petition to Enforce IRS Summons (Doc. 1) is **GRANTED** and that Respondent Moussa M. Konate shall obey the Internal Revenue summons served on him on May 11, 2016, by appearing on January 10, 2018, at 10 a.m. at the IRS office located at 10715 David Taylor Drive, Five Resource Square MB22, Charlotte, North Carolina, before Revenue Officer Jennifer K. Velez, or any other person designated by the IRS, to give testimony and to produce for examination all documents and records as described in the Summmons.

**IT IS FURTHER ORDERED** that the United States Marshal for this District shall serve a copy of this Order on Respondent Moussa M. Konate within 14 days of the date of this Order.

Respondent Moussa M. Konate is advised that failure to comply with this Order subjects him to the contempt powers of the court, which penalties and consequences may include incarceration.

This the 27th day of November, 2017.

_____
United States District Judge